KEVIN J. MCINERNEY, Bar No. 46941
KELLY MCINERNEY, Bar No. 200017
CHARLES A. JONES, Bar No. 224195
MCINERNEY & JONES
18124 Wedge Parkway, #503
Reno, NV  89511
Telephone: (775) 849-3811
Facsimile:  (775) 849-3866
Email: kevin@mcinerneylaw.net

JAMES F. CLAPP, Bar No. 145814
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA  92122
Telephone: (858) 623-4200
Facsimile:  (858) 623-4299
Email: jclapp@sdlaw.com

Attorneys for Plaintiff
MARIO VELARDE

LINDBERGH PORTER, JR., Bar No. 100091
RICHARD H. RAHM, Bar No. 130728
ALISON S. HIGHTOWER, Bar No. 112429
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    (415) 433 1940
Facsimile:     (415) 399 8490
E mail: lporter@littler.com
         rrahm@littler.com
         ahightower@littler.com

Attorneys for Defendant
WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO VELARDE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No.  CV-10-00772 EMC<br><br>**STIPULATION AND [P~~ROP~~OSED] ORDER EXTENDING TIME TO FILE MOTION FOR SUMMARY JUDGEMENT** |

1. WHEREAS this Court ordered on March 2, 2012 that the parties shall complete mediation within 60 days and file opening summary judgment brief(s) two weeks thereafter;

2. WHEREAS the parties attended mediation before David A. Rotman on April 16, 2012 and resolved all of the individual cases except *Velarde v. Wells Fargo Bank, N.A.*;

3. WHEREAS pursuant to the Court's order of March 2, 2012 opening brief(s) are due on April 30, 2012;

4. WHEREAS the parties feel that they may be able to resolve *Velarde*, the single remaining individual case, without any further judicial involvement;

5. Plaintiff and Defendant hereby stipulate to extend the time to file opening summary judgment brief(s) by two weeks to May 14, 2012.

IT IS SO STIPULATED.

Dated: April 25, 2012

/s/ Kevin J. McInerney
Kevin J. McInerney
McINERNEY & JONES,
Attorneys for Plaintiff

Dated: April 25, 2012

/s/ Lindbergh Porter, Jr.
LINDBERGH PORTER, JR.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
WELLS FARGO BANK, N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 30, 2012

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA