1 | LINDBERGH PORTER, Bar No. 100091
2 | RICHARD H. RAHM, Bar No. 130728
    ALISON S. HIGHTOWER, Bar No. 112429
3 | LITTLER MENDELSON
    A Professional Corporation
4 | 650 California Street, 20th Floor
    San Francisco, CA 94108.2693
5 | Telephone: 415.433.1940

6 | Attorneys for Defendant
    WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIO VELARDE, | Case No. CV-10-00772 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE DATE** |
| v. | |
| WELLS FARGO BANK, N.A., | Honorable Edward M. Chen |
| Defendant. | Courtroom 5 |
| | Date: July 6, 2012 |
| | Time: 10:30 a.m. |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONF. DATE

Case No. CV-10-00772 EMC

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Status Conference, presently scheduled for July 6, 2012, be continued to September 14, 2012, or another date convenient for the Court. The continuance is requested to allow the parties to implement the agreed upon resolution of a tax withholding dispute that has held up dismissal of the case.

**IT IS SO STIPULATED.**

Dated: July 3, 2012    MCINERNEY & JONES

   /s/ Kevin J. McInerney
Kevin J. McInerney
*Attorneys for Plaintiff*

Dated: July 3, 2012    LITTLER MENDELSON, P.C.

   /s/ Lindbergh Porter
Lindbergh Porter
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: July 3, 2012

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



Firmwide:112894535.1 051995.1020

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONF. DATE    1.    Case No. CV-10-00772 EMC

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940