1  LINDBERGH PORTER, Bar No. 100091
   RICHARD H. RAHM, Bar No. 130728
2  ALISON S. HIGHTOWER, Bar No. 112429
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5
   Attorneys for Defendant
6  WELLS FARGO BANK, N.A.

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  MARIO VELARDE,                    | Case No.  CV-10-00772 EMC

12         Plaintiff,                 | **STIPULATION AND [PROPOSED]
                                      | ORDER TO CONTINUE STATUS
13     v.                             | CONFERENCE DATE**

14  WELLS FARGO BANK, N.A.,           | Honorable Edward M. Chen
                                      | Courtroom 5
15         Defendant.
                                      | Date: July 6, 2012
16                                    | Time: 10:30 a.m.

17

18

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE STATUS CONF. DATE                           Case No. CV-10-00772 EMC

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Status Conference, presently scheduled for July 6, 2012, be continued to September 14, 2012, or another date convenient for the Court. The continuance is requested to allow the parties to implement the agreed upon resolution of a tax withholding dispute that has held up dismissal of the case.

**IT IS SO STIPULATED.**

Dated: July 3, 2012        MCINERNEY & JONES

  /s/ Kevin J. McInerney
Kevin J. McInerney
*Attorneys for Plaintiff*

Dated: July 3, 2012        LITTLER MENDELSON, P.C.

  /s/ Lindbergh Porter
Lindbergh Porter
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: July 3, 2012

THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



Firmwide:112894535.1 051995.1020

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONF. DATE     1.     Case No. CV-10-00772 EMC