Kevin J. McInerney, Esq. (46941)
kevin@mcinerneylaw.net
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:     (775) 849-3811
Facsimile:     (775) 849-3866

James F. Clapp, Esq. (145814)
jclapp@sdlaw.com
Zachariah P. Dostart, Esq. (255071)
zdostart@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:     (858) 623-4200
Facsimile:     (858) 623-4299

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO VELARDE**, <br><br>              Plaintiff, <br><br>         v. <br><br> **WELLS FARGO BANK, N.A.**, <br><br>              Defendant. | Civil Case No. 3:10-cv-00772 EMC <br><br> **STIPULATION OF DISMISSAL** |

1            STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: September 7, 2012

    /s/ Kevin J. McInerney
Kevin J. McInerney
*Attorney for Plaintiff*

Dated: September 7, 2012

    /s/ Lindbergh Porter, Jr.
Lindbergh Porter, Jr.
*Attorney for Defendant*

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED — Judge Edward M. Chen* (signature seal, United States District Court, Northern District of California)