Kevin J. McInerney, Esq. (46941)
kevin@mcinerneylaw.net
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:     (775) 849-3811
Facsimile:     (775) 849-3866

James F. Clapp, Esq. (145814)
jclapp@sdlaw.com
Zachariah P. Dostart, Esq. (255071)
zdostart@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:     (858) 623-4200
Facsimile:     (858) 623-4299

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO VELARDE,<br><br>         Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>         Defendant. | Civil Case No. 3:10-cv-00772 EMC<br><br>**STIPULATION OF DISMISSAL** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1).

Dated: September 7, 2012                    /s/ Kevin J. McInerney
                                            Kevin J. McInerney
                                            *Attorney for Plaintiff*

Dated: September 7, 2012                    /s/ Lindbergh Porter, Jr.
                                            Lindbergh Porter, Jr.
                                            *Attorney for Defendant*

IT IS SO ORDERED

_____
Edward M. Chen
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*